In The



Court of Appeals



Ninth District of Texas at Beaumont



____________________



NO. 09-03-581 CV


____________________



IN RE ODIS BRIGGS, SR.






Original Proceeding






MEMORANDUM OPINION (1)


 On December 17, 2003, Odis Briggs, Sr., filed his petition for writ of habeas
corpus. The trial court subsequently vacated the order under which Briggs was confined. 
On December 29, 2003, the relator filed a motion to dismiss the petition.

 Accordingly, this original proceeding is dismissed without reference to the merits
of the issues raised in the petition.

 WRIT DISMISSED.

 PER CURIAM


Opinion Delivered January 8, 2004

Before McKeithen, C.J., Burgess and Gaultney, JJ.
1. Tex. R. App. P. 47.4.